**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, | |
| Plaintiffs, | **Case No.: 1:12-cv-0775** |
| vs. | |
| DATALINK SYSTEMS INC. and DATALINK SYSTEMS USA INC. | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF DATALINK SYSTEMS INC. AND DATALINK SYSTEMS USA INC. WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs"), hereby notify this Court that Plaintiffs voluntarily dismiss, with prejudice, Defendants Datalink Systems Inc. and Datalink Systems USA Inc.

Date: **March 21, 2012**

Respectfully submitted,

/s/ Anthony Dowell
Anthony E. Dowell
DOWELL BAKER, P.C.
201 Main St. Suite 710
Lafayette, IN 47901
(765) 429-4004
(765) 429-4114 (fax)
aedowell@dowellbaker.com

**Attorney for Plaintiffs**