# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 775 | **DATE** | 3/22/2012 |
| **CASE TITLE** | ArrivalStar S.A., et al vs. Datalink Systems Inc., et al | | |

**DOCKET ENTRY TEXT**

The above cause is voluntarily dismissed with prejudice. Status hearing set for 4/5/2012 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|